**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6813**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON BROCKINGTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-90-100, CA-96-5-3)

---

Submitted: September 24, 1996      Decided: October 9, 1996

---

Before HALL, MURNAGHAN, and NIEMEYER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Aaron Brockington, Appellant Pro Se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Brockington appeals from the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Brockington, Nos. CR-90-100; CA-96-5-3 (E.D. Va. April 10, 1996, May 9, 1996). We deny Brockington's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED